1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Pkwy, Ste. 200
   Alameda, California 94501-1091
4  Telephone (510) 337-1001
   Fax (510) 337-1023
5
   Attorneys for Plaintiffs
6

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10
   KEN WALTERS and JOHN BONILLA, in their ) No.    C07-01053 EMC
11 respective capacities as Trustees of the       )
   OPERATING ENGINEERS HEALTH AND       )
12 WELFARE TRUST FUND FOR NORTHERN   )
   CALIFORNIA; TRUSTEES OF THE PENSION )
13 TRUST FUND FOR OPERATING               )
   ENGINEERS; TRUSTEES OF THE             ) **EX PARTE APPLICATION FOR**
14 PENSIONED OPERATING ENGINEERS    ) **CONTINUANCE OF CASE**
   HEALTH AND WELFARE FUND;               ) **MANAGEMENT CONFERENCE;**
15 TRUSTEES OF THE OPERATING              ) **(PROPOSED) ORDER**
   ENGINEERS AND PARTICIPATING          )
16 EMPLOYERS PRE-APPRENTICESHIP,      )
   APPRENTICE AND JOURNEYMEN          )
17 AFFIRMATIVE ACTION TRAINING FUND; )
   TRUSTEES OF THE OPERATING              )
18 ENGINEERS VACATION AND HOLIDAY   )
   PLAN,                                              )
19                                                    )
              Plaintiffs,                             )
20                                                    )
          v.                                          )
21                                                    )
   FRANK GEORGE SILVERIA, JR.,           )
22 individually; FRANK GEORGE SILVERIA, )
   JR., individually and doing business as   )
23 SILVERIA CONSTRUCTION; SILVERIA )
   CONSTRUCTION,                              )
24                                                    )
              Defendants.                             )
25 _____)

26 / / /

27 / / /

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy,
Ste. 200
Alameda, CA 94501-1091

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED)
ORDER
Case No. C07-01053 EMC

1  **TO:    THE CLERK OF THE COURT AND DEFENDANTS FRANK GEORGE**

2  **SILVERIA, JR., individually; FRANK GEORGE SILVERIA, JR., individually and doing**

3  **business as SILVERIA CONSTRUCTION; SILVERIA CONSTRUCTION**:

       Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case
4
   management conference scheduled for May 30, 2007 be continued for 90 days.
5
       Defendants were timely served with the complaint on March 21, 2007, but failed to answer
6
   the complaint.  Proofs of service were filed before this Court with the Summons on April 2, 2007.
7
       On May 18, 2007, Plaintiffs filed a Request for Entry of Default against Defendants.  Once
8
   default is entered by the Court, Plaintiffs intend to file a Motion for Default Judgment.
9
       The above stated facts are set forth in the accompanying declaration of Concepción E.
10
   Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,
11
   filed herewith.
12

13  Dated: __May 22, 2007_____

                                    WEINBERG, ROGER & ROSENFELD
14                                  A Professional Corporation

15

16                                  By:    _____/s/_____
                                           CONCEPCIÓN E. LOZANO-BATISTA
17  111492/458137

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28
                                          - 2 -

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy,
Ste. 200
Alameda, CA 94501-1091

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED)
ORDER
Case No. C07-01053 EMC

1    **<u>ORDER CONTINUING CASE MANAGEMENT CONFERENCE</u>**

2         Based upon the foregoing Ex Parte Application for Continuance of Case Management

3    Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to

4    Continue Case Management Conference, the Court orders a continuance of the case management
                        8/22/07 at 1:30 p.m.
5    conference for ~~90 days~~, or as soon thereafter as a court date is available.  In addition, the Court

6    Orders:   Joint Case Management Statement shall be filed by 8/15/07.

7

8

9

10   Dated:    5/24/07

11            HONORA̶  IT IS SO ORDERED

12            JUDGE OF

13   111492/458137                          Judge Edward M. Chen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    - 3 -

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy,
Ste. 200
Alameda, CA 94501-1091

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED)
ORDER
Case No. C07-01053 EMC

## PROOF OF SERVICE
### (CCP 1013)

I am a citizen of the United States, and a resident of the State of California.  I am over the

age of eighteen years, and not a party to the within action.  My business address is 1001 Marina

Village Parkway, Suite 200, Alameda, California 94501-1091.  On May 22, 2007, I served upon

the following parties in this action:

| | |
|---|---|
| Frank Silveria, Jr., Individually<br>8585 Julie Lynne Circle<br>Tracy, CA   95376 | Frank Silveria, Jr., Individually and dba<br>Silveria Construction<br>8585 Julie Lynne Circle<br>Tracy, CA   95376 |

SILVERIA CONSTRUCTION
8585 Julie Lynne Circle
Tracy, CA   95376

copies of the document(s) described as:

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE; (PROPOSED) ORDER**

**[X]    BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify that the above is true and correct.  Executed at Alameda, California, on May 22,

2007.

/s/_____
Karen Scott

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy,
Ste. 200
Alameda, CA 94501-1091

- 4 -

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED)
ORDER
Case No. C07-01053 EMC