United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FRANK GEORGE SILVERIA, JR., et al.,<br><br>    Defendant. | No. C 07-01053 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION IN PART AND GRANTING MOTION FOR A DEFAULT JUDGMENT** |

Now pending before the Court is the Magistrate Judge's Report and Recommendation Re Plaintiffs' Motion for Default Judgment. Defendants have not filed an objection to the Report. After carefully reviewing the Report and Recommendation, the Court agrees that the motion for default judgment should be granted and the following relief ordered:

First, immediately upon demand from plaintiffs, defendants shall submit to an audit by auditors selected by the plaintiff Trust Funds, covering the time period beginning January 1, 2003 to the present date, at the defendants' premises or the location whether the records are otherwise kept, during business hours, at a reasonable time or times, and to allow said auditors to examine and copy such books, records, papers, and reports of defendants relevant to the enforcement of the collective bargaining agreement or the Trust Agreements.

//

//

Second, defendants shall pay the Trust Fund plaintiffs attorneys' fees in the amount of $2,638.75 and costs in the amount of $847.69.

**IT IS SO ORDERED.**

Dated: Sep. 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE