United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, et al.,

        Plaintiffs,

   v.

FRANK GEORGE SILVERIA, JR., et al.,

        Defendant.

_____/

No. C 07-01053 CRB

**JUDGMENT**

    The Court having granted plaintiffs' motion for a default judgment against defendants, judgment is entered in favor of plaintiffs and against defendants in the total amount of $3486.44.  In addition, upon plaintiffs' demand, defendants shall immediately submit to an audit by auditors selected by the plaintiff Trust Funds, covering the time period beginning January 1, 2003 to the present date.  The audit shall be conducted at the defendants' premises or the location whether the records are otherwise kept, during business hours, at a reasonable time or times, and defendants shall allow said auditors to examine and copy such books, records, papers, and reports of defendants relevant to the enforcement of the collective bargaining agreement or the Trust Agreements.

    **IT IS SO ORDERED.**

Dated: Sep. 19, 2007

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California